**Order filed July 2, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00108-CV
_____

## MICHAEL KIMBRELL, Appellant

## V.

## MEMORIAL HERMANN HOSPITAL SYSTEM, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-27437A**

## O R D E R

The clerk's record was filed March 12, 2013. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) the deposition testimony of Rhonda Elmore; (2) the deposition testimony of James A Field, M.D.; and (3) "the video infomercial."

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 24, 2013, containing (1) the deposition testimony of Rhonda Elmore; (2) the deposition testimony of James A Field, M.D.; and (3) "the video infomercial."

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM